UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  25-cv-80801-REINHART

MICHAEL PATRICK GIOIA,

               Plaintiff,

vs.

RICHARD BRADSHAW, et al.,

               Defendants.

_____/

**REPORT AND RECOMMENDATION OF DISMISSAL AND ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE**

*Pro Se* Plaintiff, Michael Gioia, filed a Complaint on June 24, 2025, alleging a violation of 42 U.S.C. 1983 against the Defendants.  Plaintiff failed to pay the requisite filing fee of $405.00; nor did Plaintiff file a motion to proceed *in forma pauperis* (IFP).  Plaintiff was advised of this omission on June 26, 2025.  The Court Ordered Plaintiff to pay the filing fee or file an IFP motion by July 11, 2025.  ECF No. 4.  Plaintiff was advised that "[f]ailure to comply may result in the case being dismissed without further notice." *Id.*  To date, Plaintiff has failed to comply with the Court's Order. Accordingly, the Complaint should be dismissed. *El v. Tony*, No. 19-cv-61638, 2019 WL 13215373, at *2 (S.D. Fla. Oct. 23, 2019) (dismissing complaint without prejudice for failure to pay filing fee or file proper IFP motion); *Fulmore v. Inch*, No. 21-CV-22572-RAR, 2021 WL 3270058, at *1 (S.D. Fla. July 30, 2021) (same).

## REPORT AND RECOMMENDATION

Accordingly, this Court **RECOMMENDS** that the District Court dismiss Plaintiff's Complaint without prejudice.

## DISTRICT JUDGE ASSIGNMENT

Pursuant to Administrative Order 2025-11, I submit my findings in a Report and Recommendation because the Plaintiff has not yet been given an opportunity to be noticed of the opt-out procedures on Magistrate Judge Jurisdiction. **Accordingly, the Clerk of Court is DIRECTED to assign a District Judge.**

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the assigned District Judge, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 15th day of July 2025.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE